IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATIE M. FREISINGER, o/b/o<br>A.A.F., a minor child,<br><br>        Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner of<br>Social Security Administration,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-25-00104-CMS<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation [Doc. No. 5] by United States Magistrate Judge Chris M. Stephens. The Report and Recommendation recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. No. 2] be denied.

Judge Stephens advised Plaintiff of her right to file an objection to the Report and Recommendation with the Clerk of Court by March 5, 2025, and that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues contained in the Report and Recommendation. [Doc. No. 5 at 5]. *See also* 28 U.S.C. § 636.

The record reflects that Plaintiff did not file an objection to the Report and Recommendation by the deadline or request an extension of time to do so.

The Court therefore **ACCEPTS** the Report and Recommendation [Doc. No. 5] and **DENIES** Plaintiff's Application to Proceed in District Court Without Prepaying Fees

or Costs [Doc. No. 2]. The Court **ORDERS** Plaintiff Katie M. Freisinger to pay the full filing fee to the Clerk of Court within 21 days of this Order, or by **April 15, 2025**, or this action will be dismissed without prejudice.

    IT IS SO ORDERED this 25th day of March 2025.

                                          JODI W. DISHMAN
                                          UNITED STATES DISTRICT JUDGE